**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br>QAMARA NURA RASUL,<br>DEBTOR<br>_____/ | CHAPTER 13<br>CASE NO. 22-48607-LSG<br>JUDGE LISA S GRETCHKO |

## TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT of TREASURY FILED ON 12/20/2023 AS COURT CLAIM 18-1

NOW COMES the Chapter 13 Trustee, Krispen S. Carroll, and states as follows:

1. The Trustee objects to the Proof of Claim filed by Michigan Department of Treasury on 12/20/2023 as having been filed untimely. The last date to file Proofs of Claim in this case was on or about 5/1/2023.

WHEREFORE, the Chapter 13 Trustee prays this Honorable Court disallow the claim of Michigan Department of Treasury filed on 12/20/2023 as Court claim 18-1.

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

January 30, 2024

/s/ Krispen S Carroll -mg
Krispen S. Carroll (P49817)
719 Griswold Street, Suite 1100
Detroit, MI 48226
313/962-5035
notice@det13ksc.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **IN THE MATTER OF:** | CHAPTER 13 |
| QAMARA NURA RASUL, | CASE NO. 22-48607-LSG |
| DEBTOR | JUDGE LISA S GRETCHKO |
| _____/ | |

### ORDER GRANTING TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY FILED ON 12/20/2023 AS COURT CLAIM 18-1

This matter having come before the Court upon the Trustee's Objection ("Claim Objection"; ECF No. ) to the Proof of Claim 18-1 filed on behalf of Michigan Department of Treasury ("Claim"). Required parties were served with the Claim Objection and with notice of the deadline for responses thereto. No response to the Claim Objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Claim and the Claim Objection and is advised in the premises.

**IT IS HEREBY ORDERED** that the Claim Objection is granted, and Proof of Claim 18-1 filed on behalf of Michigan Department of Treasury shall be disallowed.

**IT IS HEREBY ORDERED** that the Chapter 13 Trustee shall make no further disbursements on the Claim.

**IT IS HEREBY ORDERED** that the Chapter 13 Trustee shall not have to recoup any payments made on the Claim prior to the entry of this Order.

Page **2** of **6**

22-48607-lsg    Doc 40    Filed 01/30/24    Entered 01/30/24 07:32:07    Page 2 of 6

Official Form 420A (Notice of Motion of Objection) (12/16)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT**

| | |
|---|---|
| IN THE MATTER OF:<br><br>QAMARA NURA RASUL,<br>AKA/DBA:<br>Debtor.<br><br>Address<br>8211 CLIPPERT<br>TAYLOR, MI 48180- | CHAPTER 13<br>CASE NO. 22-48607-LSG<br>JUDGE LISA S GRETCHKO |

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s)., (if any): <u>0900,</u>

Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF OBJECTION TO CLAIM

The Chapter 13 Trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or disallowed. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to deny or change your claim, then on or before **March 12, 2024** you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at[1]:

> U.S. Bankruptcy Court
> 211 W. Fort Street, Suite 2100
> Detroit, Michigan

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

---

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

Page **3** of **6**

You must also send a copy to:

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>719 Griswold Street, Suite 1100<br>Detroit, MI 48226 | SIKORSKI LAW FIRM PLLC<br>29211 FORD RD<br>GARDEN CITY, MI 48135 |
| QAMARA NURA RASUL<br>8211 CLIPPERT<br>TAYLOR, MI 48180 | Michigan Department of Treasury<br>Bankruptcy Unit, P O Box 30168<br>Lansing, MI 48909 |

     2.    Attend the hearing on the objection, scheduled to be held on **March 19, 2024 at 2:00 p.m.** in Courtroom **1975**, United States Bankruptcy Court, 211 W. Fort Street, Detroit, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.**

                                        OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                                        KRISPEN S. CARROLL, CHAPTER 13 TRUSTEE

January 30, 2024

                                        /s/ Krispen S Carroll -mg
                                        Krispen S. Carroll (P49817)
                                        719 Griswold Street, Suite 1100
                                        Detroit, MI 48226
                                        313/962-5035
                                        notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:
QAMARA NURA RASUL,
DEBTOR
_____/

CHAPTER 13
CASE NO. 22-48607-LSG
JUDGE LISA S GRETCHKO

**CERTIFICATE OF MAILING**

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTION TO PROOF OF CLAIM OF MICHIGAN DEPARTMENT OF TREASURY FILED ON 12/20/2023 AS COURT CLAIM 18-1** and **NOTICE OF OBJECTION TO CLAIM** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

SIKORSKI LAW FIRM PLLC
29211 FORD RD
GARDEN CITY, MI 48135

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

QAMARA NURA RASUL
8211 CLIPPERT
TAYLOR, MI 48180

MICHIGAN DEPARTMENT OF TREASURY
BANKRUPTCY UNIT, P O BOX 30168
LANSING, MI 48909

January 30, 2024

/s/ Angelique James
Angelique James
For the Office of the Chapter 13 Trustee-Detroit
719 Griswold Street, Suite 1100
Detroit, MI  48226
313/962-5035
notice@det13ksc.com